No. 294. BURNET, COMMISSIONER OF INTERNAL REVENUE, v. HOWES BROTHERS HIDE CO. ET AL. Certiorari submitted October 5, 1931. Decided November 23, 1931. *Per Curiam:* The petition for a writ of certiorari in this case is granted. The decree

584

herein is reversed upon the authority of *Handy & Harman v. Burnet, ante*, p. 136. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Sewall Key, John Henry McEvers,* and *Paul D. Miller* for petitioner. *Mr. Robert A. Littleton* for respondents.